NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALTERNATIVE PETROLEUM TECHNOLOGIES HOLDINGS CORP., ALTERNATIVE PETROLEUM TECHNOLOGIES, INC.,**
*Plaintiffs-Appellants*

**v.**

**PATRICK GRIMES,**
*Defendant-Appellee*

---

2022-2165

---

Appeal from the United States District Court for the District of Nevada in No. 3:20-cv-00040-MMD-CLB, Judge Miranda M. Du.

---

## O R D E R

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

2 ALTERNATIVE PETROLEUM TECHNOLOGIES HOLDINGS CORP. v.
GRIMES

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

December 14, 2022
       Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** December 14, 2022